UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA RODRIGUEZ-CASTILLO,  )<br>  )<br>            Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>WAL-MART STORES, INC., et al.,  )<br>  )<br>            Defendants.  )<br>_____)  | Case No. 2:13-cv-01158-GMN-NJK<br><br>ORDER GRANTING MOTION<br>TO EXCLUDE<br><br>(Docket No. 16) |

Pending before the Court is Defendant's motion to exclude undisclosed damages. Docket No. 16. The parties subsequently filed a stipulation to dismiss Plaintiff's assertion of future medical expenses and life care plan. Docket No. 17. The Court construes the stipulation as a notice of non-opposition to the granting of Defendant's motion. Accordingly, the motion to exclude is hereby **GRANTED**. No party shall make any statement or argument at trial regarding or alluding to Plaintiff's need for future medical treatment, future medical expenses or a life care plan. No party, no witness called by any party, and no counsel may allude at trial in any way to Plaintiff's designated expert Terrence Dinneen and Jeffrey Gross, M.D., their retention in this matter, their reports or other writings, their depositions, or any findings or opinions stated by them at any time, including but not limited to their reports and/or their deposition testimonies.

IT IS SO ORDERED.

DATED: January 27, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge