- 1 -

BRENDA ENTZMINGER
Nevada Bar No. 9800
MARJAN HAJIMIRZAEE
Nevada Bar No. 11984
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA RODRIGUEZ-CASTILLO, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., a foreign corporation; DOES 1 through 100; and ROE CORPORATIONS 1 through 100, inclusive, <br><br> Defendants. | Case No: 2:13-cv-01158-GMN-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//

party's own costs and attorney's fees.

DATED this 18th day of Feb., 2014.          DATED this 19th day of March, 2014.

**RICHARD HARRIS LAW FIRM**                 **PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____             _____
Alison M. Brasier                           Marjan Hajimirzaee
801 South Fourth Street                     504 South Ninth Street
Las Vegas, Nevada 89101                     Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                   *Attorneys for Defendant*
                                            *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

**DATED** this 21st day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court